■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTEL RANDAN, Appellant. [838 NYS2d 457]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Goldberg , J.), imposed July 6, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Crane, Santucci, Fisher and Carni, JJ., concur.